UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELVIN ALLEN,

        Petitioner,

    v.

CHARLES SCHUYLER,

        Respondent.

Case No. 24-cv-00315-RFL (PR)

**ORDER GRANTING PETITIONER'S RULE 4(A)(5) MOTION TO EXTEND TIME TO FILE A NOTICE OF APPEAL;**

**ORDER CONSTRUING 4(A)(5) MOTION AS A NOTICE OF APPEAL**

The Court denied the habeas petition filed in the above-titled action, declined to issue a certificate of appealability, and entered judgment in favor of respondent on October 3, 2025.  (Dkt. Nos. 25 and 26.)  Per the mailbox rule, Petitioner Allen filed a Notice of Appeal ("NOA") in the Ninth Circuit Court of Appeals on November 25, 2025.  (NOA, Dkt. No. 27 at 1.)  Within the Notice, Allen requested an "extension of time or permission to file [a] late notice of appeal."  (*Id.* at 5.)  The Ninth Circuit Court of Appeals has remanded the case to "allow the district court to rule on the motion."  (Dkt. No. 29.)  The appellate court construed Allen's motion as one filed under Federal Rule of Appellate Procedure 4(a)(5).  (*Id.*)

Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure requires that a notice of appeal "be filed with the clerk of the district court within 30 days after the entry of the judgment or order appealed from."  This means that Allen had to file a Notice of Appeal by November 3, 2025, which is 30 days after judgment was entered on October 3, 2025.  His Notice was filed, at the earliest, on November 25, 2025, which is after the

1

November 3, 2025 deadline.

Federal Rule of Appellate Procedure 4(a)(5)(A) allows a motion for an extension of time if the party requests it within thirty days of the expiration of the time to file the notice and shows excusable neglect or good cause.  This means that Allen must have filed for an extension within 30 days after November 3, 2025.  He has done so, as his motion was filed along with his notice of appeal, on November 25, 2025.

Allen also has shown good cause.  He states in his motion that he received notice of the district court judgment on October 14, 2025.  (NOA, Dkt. No. 27 at 5.)  He said he asked for an NOA form, but was denied assistance by prison staff.  (*Id.*)  On November 2, 2025, he filed a grievance requesting assistance and a reasonable accommodation.  (*Id.*)  He received no response.  (*Id.*)  Such difficulties constitute good cause under Rule 4(a)(5).

Accordingly, the Rule 4(a)(5) motion for an extension of time to file a Notice of Appeal is GRANTED.  Rule 4(a)(5)(C) states that the extension of time may not exceed thirty days after the original deadline, or fourteen days after the entry of the order granting the motion, whichever is later.  This Court construes Allen's Rule 4(a)(5) motion as a Notice of Appeal filed within the extended period.

The Clerk shall send a copy of this Order to Allen and to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

**Dated:** January 23, 2026

RITA F. LIN
United States District Judge

2